# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM DICKS,<br>　　　　Petitioner,<br><br>　　　v.<br><br>SUPERINTENDENT LAWNZENCE MAHALLY,<br>DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA, and ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,<br>　　　　Respondents. | CIVIL ACTION<br><br><br><br>NO. 19-489 |

## O R D E R

**AND NOW**, this 19th day of December, 2019, upon consideration of *pro se* petitioner's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus (Document No. 1, filed February 1, 2019), the record in this case, the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa dated October 30, 2019, there being no objections filed notwithstanding the passage of time for filing objections, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Linda K. Caracappa dated October 30, 2019, is **APPROVED** and **ADOPTED**;

2. *Pro se* petitioner's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus is **DISMISSED**;

3. A certificate of appealability will not issue because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to petitioner's claims. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and,

4. The Clerk of Court shall **MARK** this case **CLOSED**.

　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　**/s/ Hon. Jan E. DuBois**
　　　　　　　　　　　　　　　　─────────────────────
　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**